**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01506-CMA

ALEX LOPEZ

    Plaintiff,

v.

CRICKET COMMUNICATIONS, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on October 16, 2012 it is

ORDERED that Defendant's Motion for Summary Judgment (Doc. # 39) is GRANTED.  It is

FURTHER ORDERED that while each party shall bear its own attorneys' fees, Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado, this 19th day of October, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: <u>s/Edward P. Butler</u>
                             Edward P. Butler
                             Deputy Clerk